# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM T. LAW, | ) |
| Plaintiff, | ) Civil No. 2:13-cv-378-BAT |
| vs. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1] | ) ORDER FOR AWARD OF ATTORNEY'S FEES PURSUANT TO 42 USC § 406(b). |
| Defendant. | ) |

## ORDER

Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) and having considered Plaintiff's motion and the supporting documents, as well as the Defendant's response to this motion, it is hereby ORDERED that:

1) The Court GRANTS plaintiff's motion and authorizes reasonable attorney's fees pursuant to 42 U.S.C. § 406(b) of $21,346.80 *less* a previously awarded and received EAJA fee of $5,068.80 and *less* $5,000.00 waived by Plaintiff's counsel, to equal a total fee of $11,278.00.

2) Defendant shall release the fee of **$ 11,278.00** minus any applicable processing fee to Plaintiff's attorney, Rosemary B. Schurman, at 8123 NE 115 Way, Kirkland, WA 98034 or via automatic deposit.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as defendant in this suit. The Clerk is directed to update the docket, and all future filings by the parties should reflect this change.

ORDER for 406(b) Fees- 13-378 BAT page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544

Dated this 19th day of September, 2017

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:
s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

ORDER for 406(b) Fees- 13-378 BAT page 2

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law PLLC**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 888-821-0544**